IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HENDERSON, | No. C -14-01458(EDL) |
| Plaintiff, | **ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| OCWEN LOAN SERVICING LLC, et al., | |
| Defendants. | |

The Court, on its own motion, continues the Further Case Management Conference from September 23, 2014 at 10:00 a.m. to October 21, 2014 at 2:00 p.m. The updated joint case management conference statement is now due by October 14, 2014.

**IT IS SO ORDERED.**

Dated: September 15, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge